**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

❑ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                      **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **Silver Star Properties REIT, Inc.** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **HARTMAN SHORT TERM INCOME PROPERTIES XX, INC.** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 6 – 3 4 5 5 1 8 9** |

**4. Debtor's address**

**Principal place of business**

**100 N. Forest Park Blvd., Suite 100**
Number          Street

**Fort Worth, TX 76102**
City                    State      ZIP Code

**Tarrant**
County

**Mailing address, if different from principal place of business**

Number          Street

City                    State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number          Street

City                    State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other. Specify: _____

Debtor   **Silver Star Properties REIT, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY

              District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor **SEE ATTACHED** _____  Relationship _____

              District _____  When _____
                                                    MM / DD / YYYY

              Case number, if known _____

Debtor **Silver Star Properties REIT, Inc.**      Case number *(if known)* _____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐  It needs to be physically secured or protected from the weather.<br><br>☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐  Other _____<br><br>**Where is the property?** _____<br>        Number     Street<br><br>_____<br>        City            State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency  _____<br>          Contact name  _____<br>          Phone  _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99     ☐ 1,000-5,000   ☐ 5,001-10,000     ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999     ☐ 10,001-25,000     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000         ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **Silver Star Properties REIT, Inc.**                                    Case number *(if known)*
          Name

**16. Estimated liabilities**

❏ $0-$50,000          ❏ $1,000,001-$10 million          ❏ $500,000,001-$1 billion

❏ $50,001-$100,000    ❏ $10,000,001-$50 million        ❏ $1,000,000,001-$10 billion

❏ $100,001-$500,000   ☑ $50,000,001-$100 million       ❏ $10,000,000,001-$50 billion

❏ $500,001-$1 million ❏ $100,000,001-$500 million      ❏ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/28/2026**
             MM/ DD/ YYYY

**X** **/s/ Gerald Haddock**                              **Gerald Haddock**
Signature of authorized representative of debtor          Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

**X**         **/s/ Robert T DeMarco**          Date  **05/28/2026**
Signature of attorney for debtor                        MM/ DD/ YYYY

**Robert T DeMarco**
Printed name

**DeMarco Mitchell, PLLC**
Firm name

**500 N. Central Expressway Suite 500**
Number        Street

**Plano**                                    **TX**        **75074**
City                                         State      ZIP Code

**(972) 991-5591**                           **robert@demarcomitchell.com**
Contact phone                                Email address

**24014543**                                 **TX**
Bar number                                   State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **CIK - 000144687**  .

2. The following financial data is the latest available information and refers to the debtor's condition on **5/27/2026**          .

| | |
|---|---|
| a. Total assets | **$1,553,588.00** |
| b. Total debts (including debts listed in 2.c., below) | **$74,996,073.28** |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ❑ unsecured ❑ subordinated ❑ _____ _____

secured ❑ unsecured ❑ subordinated ❑ _____ _____

secured ❑ unsecured ❑ subordinated ❑ _____ _____

secured ❑ unsecured ❑ subordinated ❑ _____ _____

secured ❑ unsecured ❑ subordinated ❑ _____ _____

| | |
|---|---|
| d. Number of shares of preferred stock | **1000** |
| e. Number of shares common stock | **185910181** |

Comments, if any: _____

_____

_____

3. Brief description of debtor's business _____ Debtor is a real estate investment company which previously qualified as a Real Estate Investment Trust (REIT)_____

_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

None_____

_____

_____

# ATTACHMENT 10

**Debtor**   Silver Star Virginia Parkway LLC          **Relationship**   Affiliate

**District**   Northern District of Texas, Fort Worth Div.   **When**   May 28, 2026

**Case number, if known**

Fill in this information to identify the case:

Debtor Name   **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the: _____**Northern**_____   District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.  **Cash on hand**                                                                 _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Texas Capital** | **Checking account** | **6  9  0  8** | **$28,490.00** |
| 3.2. **Texas Capital** | **Checking account** | **6  7  3  3** | **$98.00** |

4.  **Other cash equivalents** *(Identify all)*

4.1 _____                                     _____

4.2 _____                                     _____

5.  **Total of Part 1**                                                              | **$28,588.00** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1 _____                                     _____

Debtor    **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____
          Name

7.2    _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

      Description, including name of holder of prepayment

      8.1    _____    _____

      8.2    _____    _____

9.    **Total of Part 2**

      Add lines 7 through 8. Copy the total to line 81.                            _____

---

**Part 3:**    Accounts receivable

10.    **Does the debtor have any accounts receivable?**

       ☑ No. Go to Part 4.

       ☐ Yes. Fill in the information below.

                                                                          **Current value of
                                                                          debtor's interest**

11.    **Accounts receivable**

       11a. 90 days old or less:    _____ - _____ =.....➔    _____
                                    face amount       doubtful or uncollectible accounts

       11b. Over 90 days old:       _____ - _____ =.....➔    _____
                                    face amount       doubtful or uncollectible accounts

12.    **Total of Part 3**

       Current value on lines 11a + 11b = line 12. Copy the total to line 82.    _____

---

**Part 4:**    Investments

13.    **Does the debtor own any investments?**

       ☐ No. Go to Part 5.

       ☑ Yes. Fill in the information below.

                                                    **Valuation method used     Current value of
                                                    for current value           debtor's interest**

14.    **Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

       14.1    _____    _____    _____

       14.2    _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
       including any interest in an LLC, partnership, or joint venture**

       Name of entity:                                    % of
                                                          ownership:

       15.1. **See attached Org Chart**    **100.00%**    _____    **unknown**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable
       instruments not included in Part 1**

       Describe:

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **2**

Debtor    **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____
          Name

16.1 _____    _____    _____

16.2 _____    _____    _____

17.  **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | | | |

23.  **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| | |
|---|---|
| | _____ |

24.  **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor **Silver Star Properties REIT, Inc.**
Name

Case number *(if known)* _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

❑ No

❑ Yes. Is any of the debtor's property stored at the cooperative?

  ❑ No

  ❑ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

❑ No

❑ Yes. Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

❑ No

❑ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

❑ No

❑ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

❑ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor    **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____
                  Name

| | | | |
|---|---|---|---|
| **Cubicles; Desks, Chairs and Misc. Furnishings** | **unknown** | | **$20,000.00** |

**40.    Office fixtures**

_____

**41.    Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Computers / Monitors** | **unknown** | | **$5,000.00** |

**42.    Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

**43.    Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

**$25,000.00**

**44.    Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.    Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | |
| 47.2 | | | |
| 47.3 | | | |
| 47.4 | | | |
| **48.    Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |

Debtor   **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____

Name

---

48.2 _____

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

51. **Total of Part 8**

   Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ❑ No

   ❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ❑ No

   ❑ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

   ❑ No. Go to Part 10.

   ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **RES A BLK 1, SYRACUSE RENAISSANCE PARTNERS, SEC 1, 0.7090 AC /** 17211 North Freeway Houston, TX 77090 | **Fee Simple** | **unknown** | | **$1,500,000.00** |

56. **Total of Part 9**                                                                                 **$1,500,000.00**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No

   ❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No

   ❑ Yes

## Part 10:   Intangibles and intellectual property

---

Debtor    **Silver Star Properties REIT, Inc.**          Case number *(if known)* _____

       Name

---

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.     _____

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

       **Current value of debtor's interest**

Debtor    **Silver Star Properties REIT, Inc.**                    Case number *(if known)* _____
          Name

71.  **Notes receivable**

     Description (include name of obligor)

     _____    _____ – _____ =➔  _____
                                  Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____

     _____    Tax year _____    _____

     _____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

     _____                            _____

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     SILVER STAR v ALLEN HARTMAN                                  **unknown**

     **Nature of claim**    _____

     **Amount requested**    _____ **unknown**

     SILVER STAR v BENEFIT STREET PARTNERS                        **unknown**

     **Nature of claim**    _____

     **Amount requested**    _____ **unknown**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

     _____                            _____

     **Nature of claim**    _____

     **Amount requested**    _____

76.  **Trusts, equitable or future interests in property**

     _____                            _____

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

     _____                            _____

     _____                            _____

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.         _____

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

Debtor    **Silver Star Properties REIT, Inc.**                    Case number *(if known)* _____

Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $28,588.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | unknown | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $25,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➡ | | $1,500,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. | **Total.** *Add lines 80 through 90 for each column* ..........................91a. | $53,588.00 | + 91b. $1,500,000.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................................... | | $1,553,588.00 |

**Fill in this information to identify the case:**

Debtor name     **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the: _____**Northern**_____   District of _____**Texas**_____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1   Creditor's name**

**Harris County Appraisal District**

**Creditor's mailing address**

**P.O. Box 920975**

**Houston, TX 77292**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   **0  0  0  1**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

**Describe debtor's property that is subject to a lien**

RES A BLK 1, SYRACUSE RENAISSANCE PARTNERS, SEC 1, 0.7090 AC

**Describe the lien**

**Property Taxes**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Column A | Column B |
| --- | --- | --- |
| | $22,416.24 | $1,500,000.00 |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$22,416.24**

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page **1** of **1**

Fill in this information to identify the case:

Debtor name **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** <br><br> **Internal Revenue Service** <br><br> **Central Insolvency Operations** <br><br> **PO Box 7346** <br><br> **Philadelphia, PA 19101-7346** <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account** <br> **number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured** <br> **claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the Claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | unknown | unknown |
| **2.2** **Priority creditor's name and mailing address** <br><br> **Texas Comptroller of Public Accounts** <br><br> **Bankruptcy & Collections Division** <br><br> **P.O. Box 12548, MC-008** <br><br> **Austin, TX 78711** <br><br> **Date or dates debt was incurred** <br><br> _____ <br><br> **Last 4 digits of account** <br> **number** __ __ __ __ <br> **Specify Code subsection of PRIORITY unsecured** <br> **claim:** 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the Claim:** <br> _____ <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | unknown | unknown |

Debtor    **Silver Star Properties REIT, Inc.**          Case number *(if known)* _____
        Name

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1**   **Nonpriority creditor's name and mailing address**

**ALLIANCE ADVISORS LLC**

**200 BROADACRES DRIVE 3RD FLOOR**

**Bloomfield, NJ 07003**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
❑ Yes

**$119,029.00**

---

**3.2**   **Nonpriority creditor's name and mailing address**

**BGSF PROFESSIONAL LLC**

**PO Box BOX 660282**

**Dallas, TX 75266**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
❑ Yes

**$652,145.58**

---

**3.3**   **Nonpriority creditor's name and mailing address**

**BROADRIDGE**

**PO Box 416423**

**Boston, MA 02241**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
❑ Yes

**$9,986.52**

---

**3.4**   **Nonpriority creditor's name and mailing address**

**CAPITOL CORPORATE SERVICES**

**1501 S MOPAC EXPY, SUITE 220**

**Austin, TX 78746**

As of the petition filing date, the claim is:
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
❑ Yes

**$9,000.00**

Debtor    **Silver Star Properties REIT, Inc.**                                      Case number *(if known)* _____
              Name

| Part 2: | Additional Page |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,980.00** |

**3.5** **Nonpriority creditor's name and mailing address**

**CARRINGTON, COLEMAN, SLOMAN & BLUEMENTHAL, LLP**

**901 MAIN STREET, SUITE 5500**

**Dallas, TX 75202**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Legal**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$1,980.00**

---

**3.6** **Nonpriority creditor's name and mailing address**

**CBIZ CPAS P.C**

**PO Box 95000-2288**

**Philadelphia, PA 19195**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$218,205.50**

---

**3.7** **Nonpriority creditor's name and mailing address**

**CBRE**

**PO Box 15531, LOC CODE 2101**

**Chicago, IL 60696**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**$8,500.00**

---

**3.8** **Nonpriority creditor's name and mailing address**

**CHESTER W. GRUDZINSKI, JR**

**100 N FOREST PARK BLVD, SUITE 100**

**Fort Worth, TX 76102**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Legal**

**Is the claim subject to offset?**
☑ No
❑ Yes

**$483,989.00**

---

Debtor    **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____
          Name

<table>
<tr><td colspan="3">Part 2: Additional Page</td></tr>
</table>

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,000.00** |
|---|---|---|---|
| | **CIRCUMFERENCE FS (USA) INC.** | ❑ Contingent | |
| | **1100 N MARKET STREET,4TH FLOOR** | ❑ Unliquidated | |
| | **Wilmington, DE 19890** | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** — — — — | ☑ No  ❑ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$49,930.00** |
|---|---|---|---|
| | **CRESTLINE ADVISORY PARTNERS LLC** | ❑ Contingent | |
| | **700 COLORADO BLVD, SUITE 686** | ❑ Unliquidated | |
| | **Denver, CO 80206** | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** — — — — | ☑ No  ❑ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$378,413.00** |
|---|---|---|---|
| | **David Wheeler** | ❑ Contingent | |
| | **100 N Forest Park Blvd, Suite 100** | ❑ Unliquidated | |
| | | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** — — — — | ☑ No  ❑ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,120.00** |
|---|---|---|---|
| | **DENNARD LASCAR ASSOCIATES** | ❑ Contingent | |
| | **1800 WEST LOOP SOUTH, #200** | ❑ Unliquidated | |
| | **Houston, TX 77027** | ❑ Disputed | |
| | | **Basis for the claim:** _____ | |
| | **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** — — — — | ☑ No  ❑ Yes | |

Debtor   **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____

　　　　　Name

| Part 2: | Additional Page |
|---|---|

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,000.00** |
|---|---|---|---|

**Equiniti Trust Company, LLC**

**Operations Center**

**6201 15th Avenue**

**Brooklyn, NY 11219**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __Transfer Agent__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,220.20** |
|---|---|---|---|

**ERHARD & JENNINGS, P.C**

**1601 ELM STREET, SUITE 4242**

**Dallas, TX 75201**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,530,000.00** |
|---|---|---|---|

**FBRED BDC FINANCE LLC**

**ATTN: MICAH GOODMAN, GENERAL COUNSEL**

**1345 AVENUE OF THE AMERICAS, SUITE 32A**

**New York, NY 10105**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **unknown** |
|---|---|---|---|

**FIRST INSURANCE FUNDING**

**450 SKOKIE BLVD, SUITE 1000**

**Northbrook, IL 60062**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** __D&O Insurance__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor      **Silver Star Properties REIT, Inc.**                                     Case number *(if known)* _____
            Name

| Part 2: | Additional Page |

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,256.48 |
|---|---|---|---|

**FLETCHER HELD PLLC**

**808 TRAVIS STEET, SUITE 1553**

**Houston, TX 77005**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $841,175.00 |
|---|---|---|---|

**Gerald Haddock**

**100 N Forest Park Blvd, Suite 100**

**Fort Worth, TX 76102**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $439,661.00 |
|---|---|---|---|

**GOLDMAN SACHS**

**2001 ROSS AVENUE, 31ST FLOOR**

**Dallas, TX 75201**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,390,628.00 |
|---|---|---|---|

**GREYHAWK SILVER STAR LLC**

**1001 EAST SUNSET ROAD, UNIT 1001**

**Las Vegas, NV 89119**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Guaranty of Walgreen locations debt**

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor    **Silver Star Properties REIT, Inc.**    Case number *(if known)* _____
          Name

| Part 2: | Additional Page |
|---------|-----------------|

**3.21** Nonpriority creditor's name and mailing address

**GRIFFITH, JAY & MICHEL, LLP**

**2200 FOREST PARK BLV**

**Fort Worth, TX 76110**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $31,807.30
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

**3.22** Nonpriority creditor's name and mailing address

**HADDOCK ENTERPRISES LLC**

**100 N FOREST PARK BLVD, SUITE 100**

**Fort Worth, TX 76102**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $237,276.68
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

**3.23** Nonpriority creditor's name and mailing address

**HKA GLOBAL, LLC**

**2005 MARKET STREET, SUITE 820**

**Philadelphia, PA 19103**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $49,441.66
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

**3.24** Nonpriority creditor's name and mailing address

**HSRE-ADV VII LLC**

**444 WEST LAKE STREET, SUITE 2100**

**Chicago, IL 60606**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $17,000,000.00
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
❑ Yes

Debtor   **Silver Star Properties REIT, Inc.**          Case number *(if known)*
   Name

## Part 2:  Additional Page

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$204,000.00**

**Jack Thompkins**

**100 N Forest Park Blvd, Suite 100**

**Fort Worth, TX 76102**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$193,375.00**

**James Still**

**100 N Forest Park Blvd, Suite 100**

**Fort Worth, TX 76102**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000,000.00**

**Louis Fox**

**958 Del Norte**

**Houston, TX 77018**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Stock purchase**

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
❑ No
☑ Yes

**Last 4 digits of account number** __ __ __ __

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$172,420.00**

**Louis Fox**

**100 N Forest Park Blvd, Suite 100**

**Fort Worth, TX 76102**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** __ __ __ __

---

Debtor **Silver Star Properties REIT, Inc.**           Case number *(if known)* _____

      Name

| Part 2: | Additional Page |
|---|---|

**3.29** **Nonpriority creditor's name and mailing address**

**Mark Torok**

**11530 Meadow Lake Drive**

**Houston, TX 77007**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **$1,000,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Stock purchase**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**

**Michael Racusin**

**100 N FOREST PARK BLVD, SUITE 100**

**Fort Worth, TX 76102**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **$27,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**

**Michael Racusin**

**100 N FOREST PARK BLVD, SUITE 100**

**Fort Worth, TX 76102**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **$193,375.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**

**Michaeljohn Kudlik**

**22102 Rochester Drive**

**Katy, TX 77450**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**      **$1,000,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Stock purchase**

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor      **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____

      Name

**Part 2:** Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $81,048.82 |
|---|---|---|---|

**3.33** Nonpriority creditor's name and mailing address

**NORTON ROSE FULBRIGHT US LLP**

**1550 LAMAR, SUITE 2000**

**Houston, TX 77010**

As of the petition filing date, the claim is: **$81,048.82**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Legal**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.34** Nonpriority creditor's name and mailing address

**PAUL, WEISS, RIFKIND, WHARTON, & GARRISO, LLP**

**1285 AVENUE OF THE AMERICAS**

**New York, NY 10019**

As of the petition filing date, the claim is: **$356,859.99**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Legal**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**PHOENIX AMERICAN FINANCIAL SERVICES INC**

**PO Box 2189**

**San Rafael, CA 94912**

As of the petition filing date, the claim is: **$78,401.33**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**PLANET DEPOS, LLC**

**PO Box 791571**

**Baltimore, MD 21279**

As of the petition filing date, the claim is: **$20,514.52**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

Debtor   **Silver Star Properties REIT, Inc.**
　　　　Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,205,443.29**

**SAUL EWING, LLP**

**PO Box 825482**

**Philadelphia, PA 19182**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$225,068.26**

**SNELL & WILMER L.L.P.**

**1 EAST WASHINGTON ST., SUITE 2700**

**Phoenix, AZ 85004**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Legal**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,995.00**

**SORENSEN ENTITY SERVICES LLC**

**1201 N ORANGE ST, SUITE 7044**

**Wilmington, DE 19801**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$100,000.00**

**Taylor Law Firm**

**6630 Colleyville Blvd., 200**

**Colleyville, TX 76034**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Legal**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
❑ Yes

---

Debtor   **Silver Star Properties REIT, Inc.**   Case number *(if known)* _____
          Name

**Part 2:**   Additional Page

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,945.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**3.41**

**THE SULENTIC LAW FIRM, PLLC**

**5527 DUMFRIES DRIVE**

**Houston, TX 77096**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Legal**

**Is the claim subject to offset?**
☑ No
❑ Yes

$10,945.00

---

**3.42**

**Nonpriority creditor's name and mailing address**

**U.S. Securities & Exchange Comm.**

**Fort Worth Regional Office**

**801 Cherry St Ste 1900 Unit 18**

**Fort Worth, TX 76102-6819**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **NOTICE ONLY**

**Is the claim subject to offset?**
☑ No
❑ Yes

unknown

---

**3.43**

**Nonpriority creditor's name and mailing address**

**VISTRA USA, LLC**

**5450 N CUMBERLAND AVE, SUITE 100**

**Chicago, IL 60656**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$72,052.30

---

**3.44**

**Nonpriority creditor's name and mailing address**

**WEISBART SPRINGER HAYES LLP**

**212 LAVACA STREET, SUITE 200**

**Austin, TX 78701**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** **Legal**

**Is the claim subject to offset?**
☑ No
❑ Yes

$85,941.42

---

Debtor    **Silver Star Properties REIT, Inc.**                              Case number *(if known)* _____
          Name

## Part 2:  Additional Page

**3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,100,000.00**

**WELLS FARGO, NA, AS TRUSTEE**

**ARGENTIC SERVICES COMPANY LP as SPECIAL SERVICER**

**500 NORTH CENTRAL EXPRESSWAY, SUITE 261**

**Plano, TX 75074**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

**3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$225,325.50**

**WINSTON & STRAWN, LLP**

**35 W WACKER DRIVE**

**Chicago, IL 60601**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:  Legal**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

---

**3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$62,126.69**

**WORKIVA INC**

**2900 UNIVERSITY BLVD**

**Ames, IA 50010**

*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Debtor      **Silver Star Properties REIT, Inc.**                                      Case number *(if known)* _____
            Name

## Part 3: List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **COOPER STREET SPE LLC** <br> **100 N Forest Park Blvd, Suite 100** <br> **Fort Worth, TX 76102** | Line **3.24** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | **Equiniti Trust Company, LLC** <br> **P.O. Box 500** <br> **Newark, NJ 07101** | Line **3.13** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 | **NELSON MULLINS** <br> **ATTN: JACOB SPARKS** <br> **5830 Granite Parkway, Suite 1000** <br> **Plano, TX 75024** | Line **3.15** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **POLSINELLI** <br> **900 W 48TH PLACE, SUITE 900** <br> **Kansas City, MO 64112** | Line **3.45** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor     **Silver Star Properties REIT, Inc.**                     Case number *(if known)* _____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$74,973,657.04** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$74,973,657.04** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Silver Star Properties REIT, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** (State) |
| Case number (If known): | Chapter **11** |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**2.1**

| State what the contract or lease is for and the nature of the debtor's interest | **Transfer Agent Contract** | **Equiniti Trust Company, LLC** |
| State the term remaining | **54 months** | **P.O. Box 500** |
| List the contract number of any government contract | | **Newark, NJ 07101** |

**2.2**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.3**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.4**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.5**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Fill in this information to identify the case:

Debtor name  **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the: _____**Northern**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **SS 104 HIGHWAY 52 W, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City          State          ZIP Code | **GREYHAWK SILVER STAR LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2  **SS 1300 HAZELWOOD DRIVE, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City          State          ZIP Code | **GREYHAWK SILVER STAR LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.3  **SS 1401 GOLDEN SPRINGS ROAD, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City          State          ZIP Code | **GREYHAWK SILVER STAR LLC** | ☐ D<br>☑ E/F<br>☐ G |
| 2.4  **SS 1401 SPRINGDALE STREET, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City          State          ZIP Code | **GREYHAWK SILVER STAR LLC** | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206H                    **Schedule H: Codebtors**                    page 1 of __**4**__

Debtor **Silver Star Properties REIT, Inc.**                              Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | **SS 1531 S MADISON ROAD, LLC** | **100 N Forest Park Blvd, Suite 100** <br> Street <br><br> **Fort Worth, TX 76102** <br> City   State   ZIP Code | **GREYHAWK SILVER STAR LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| 2.6 | **SS 17909 BURKE STREET, LLC** | **100 N Forest Park Blvd, Suite 100** <br> Street <br><br> **Fort Worth, TX 76102** <br> City   State   ZIP Code | **GREYHAWK SILVER STAR LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| 2.7 | **SS 1800 AIRPORT ROAD, LLC** | **100 N Forest Park Blvd, Suite 100** <br> Street <br><br> **Fort Worth, TX 76102** <br> City   State   ZIP Code | **GREYHAWK SILVER STAR LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| 2.8 | **SS 200 W MAPLEWOOD LANE, LLC** | **100 N Forest Park Blvd, Suite 100** <br> Street <br><br> **Fort Worth, TX 76102** <br> City   State   ZIP Code | **GREYHAWK SILVER STAR LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| 2.9 | **SS 201 HIGHWAY 31 NW, LLC** | **100 N Forest Park Blvd, Suite 100** <br> Street <br><br> **Fort Worth, TX 76102** <br> City   State   ZIP Code | **GREYHAWK SILVER STAR LLC** | ❑ D <br> ☑ E/F <br> ❑ G |
| 2.10 | **SS 300 E F STREET, LLC** | **100 N Forest Park Blvd, Suite 100** <br> Street <br><br> **Fort Worth, TX 76102** <br> City   State   ZIP Code | **GREYHAWK SILVER STAR LLC** | ❑ D <br> ☑ E/F <br> ❑ G |

Debtor    **Silver Star Properties REIT, Inc.**                    Case number (if known) _____

     Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.11 | **SS 333 PHILLIPS BOULEVARD, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City    State    ZIP Code | **GREYHAWK SILVER STAR LLC** | ❏ D<br>☑ E/F<br>❏ G |
| 2.12 | **SS 533 N MAIN STREET, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City    State    ZIP Code | **GREYHAWK SILVER STAR LLC** | ❏ D<br>☑ E/F<br>❏ G |
| 2.13 | **SS 812 N MAIN STREET, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City    State    ZIP Code | **GREYHAWK SILVER STAR LLC** | ❏ D<br>☑ E/F<br>❏ G |
| 2.14 | **SS 819 W MAIN STREET, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City    State    ZIP Code | **GREYHAWK SILVER STAR LLC** | ❏ D<br>☑ E/F<br>❏ G |
| 2.15 | **SS 879 HIGHWAY 78, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City    State    ZIP Code | **GREYHAWK SILVER STAR LLC** | ❏ D<br>☑ E/F<br>❏ G |
| 2.16 | **SS N 168 W 21330 MAIN STREET, LLC** | **100 N Forest Park Blvd, Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City    State    ZIP Code | **GREYHAWK SILVER STAR LLC** | ❏ D<br>☑ E/F<br>❏ G |

Debtor    **Silver Star Properties REIT, Inc.**
Name

Case number (if known) _____

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.17 | _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.18 | _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.19 | _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.20 | _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.21 | _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.22 | _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.23 | _____ | Street _____<br>_____<br>City    State    ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Fill in this information to identify the case:

Debtor name          **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____    Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

### Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real Property:**
    Copy line 88 from *Schedule A/B*............................................................................................................    **$1,500,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................................................    **$53,588.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................................    **$1,553,588.00**

### Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    **$22,416.24**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................................    **$0.00**

    3b. **Total amount of claims of non-priority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................    **+    $74,973,657.04**

4. **Total liabilities**.............................................................................................................................................    **$74,996,073.28**
    Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name   **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the:
**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors   **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration **Equity Security Holders** _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **05/28/2026**
MM/ DD/ YYYY

**X** **/s/ Gerald Haddock**
Signature of individual signing on behalf of debtor

**Gerald Haddock**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form B202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**



REVISED 01.06.2026

This revision includes % changes through 6.19.2025 Rights Exchange
See Master Entity List

SILVER STAR PROPERTIES REIT, INC. (MD)

| DIRECT SUBSIDIARIES: | % owned | NOTES |
|---|---|---|
| SILVER STAR OPERATING PARTNERSHIP, LP (TX) | 95.68% | REIT operating partnership, historically owned directly or indirectly operating real estate assets of the REIT |
| HARTMAN XX REIT GP LLC (TX) | 100.00% | Partnership LP |
| SILVER STAR SPE MANAGEMENT LLC (DE) | 100.00% | Single member LLC serves as Manager of special purpose entity LLCs in REIT organization |
| TEXAS REIT MANAGER LLC (TX) | 100.00% | Single member LLC serves as employer and paymaster of REIT organization personnel |
| HARTMAN INCOME REIT MANAGER LLC (DE) | 100.00% | Single member LLC and sole shareholder of property manager Silver Star Property Management |
| HARTMAN COOPER STREET PLAZA LLC (TX) | 100.00% | SPE LLC |

## Walgreens Chart



SILVER STAR PROPERTIES REIT, INC.
(MARYLAND)

95.86%

SILVER STAR OPERATING PARTNERSHIP, LP
(TEXAS)

97.53%

**Hartman SPE LLC**
**(Delaware)**

100%

SS Walgreens EAT Holdings LLC (DE)

100%

100%

4 - Delaware limited liability companies:
SS 333 PHILLIPS BOULEVARD, LLC  (WI)
SS 812 N MAIN STREET, LLC  (WI)
SS 1401 SPRINGDALE STREET, LLC  (WI)
SS 1531 S MADISON ROAD, LLC  (WI)

100%

8 - Delaware limited liability companies:

SS 201 HIGHWAY 31 NW, LLC  (AL)
SS 879 HIGHWAY 78, LLC  (AL)
SS 1401 GOLDEN SPRINGS ROAD, LLC  (AL)
SS 1800 AIRPORT ROAD, LLC  (AR)
SS 300 E F STREET,  LLC  (MI)
SS 819 W MAIN STREET,  LLC  (MI)
SS 533 N MAIN STREET, LLC  (MI)

4 - Delaware limited liability companies:

SS 17909 BURKE STREET, LLC  (NE)
SS 104 HIGHWAY 52 W, LLC  (TN)
SS 200 W MAPLEWOOD LANE, LLC  (TN)
SS 1300 HAZELWOOD DRIVE, LLC  (TN)

**Fill in this information to identify the case:**

Debtor name          **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim: If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GREYHAWK SILVER STAR LLC 1001 EAST SUNSET ROAD, UNIT 1001 Las Vegas, NV 89119 | | Guaranty of Walgreen locations debt | | | | $24,390,628.00 |
| 2 | HSRE-ADV VII LLC 444 WEST LAKE STREET, SUITE 2100 Chicago, IL 60606 | | | | | | $17,000,000.00 |
| 3 | FBRED BDC FINANCE LLC ATTN: MICAH GOODMAN, GENERAL COUNSEL 1345 AVENUE OF THE AMERICAS, SUITE 32A New York, NY 10105 | | | | | | $15,530,000.00 |
| 4 | WELLS FARGO, NA, AS TRUSTEE ARGENTIC SERVICES COMPANY LP as SPECIAL SERVICER 500 NORTH CENTRAL EXPRESSWAY, SUITE 261 Plano, TX 75074 | | | | | | $8,100,000.00 |
| 5 | SAUL EWING, LLP PO Box 825482 Philadelphia, PA 19182 | | | | | | $1,205,443.29 |
| 6 | Louis Fox 958 Del Norte Houston, TX 77018 | | Stock purchase | | | | $1,000,000.00 |
| 7 | Mark Torok 11530 Meadow Lake Drive Houston, TX 77007 | | Stock purchase | | | | $1,000,000.00 |
| 8 | Michaeljohn Kudlik 22102 Rochester Drive Katy, TX 77450 | | Stock purchase | | | | $1,000,000.00 |

Debtor **Silver Star Properties REIT, Inc.**
　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 BGSF PROFESSIONAL LLC<br>PO Box BOX 660282<br>Dallas, TX 75266 | | | | | | $652,145.58 |
| 10 GOLDMAN SACHS<br>2001 ROSS AVENUE, 31ST FLOOR<br>Dallas, TX 75201 | | | | | | $439,661.00 |
| 11 PAUL, WEISS, RIFKIND, WHARTON, & GARRISO, LLP<br>1285 AVENUE OF THE AMERICAS<br>New York, NY 10019 | | Legal | | | | $356,859.99 |
| 12 WINSTON & STRAWN, LLP<br>35 W WACKER DRIVE<br>Chicago, IL 60601 | | Legal | | | | $225,325.50 |
| 13 SNELL & WILMER L.L.P.<br>1 EAST WASHINGTON ST., SUITE 2700<br>Phoenix, AZ 85004 | | Legal | | | | $225,068.26 |
| 14 CBIZ CPAS P.C<br>PO Box 95000-2288<br>Philadelphia, PA 19195 | | | | | | $218,205.50 |
| 15 ALLIANCE ADVISORS LLC<br>200 BROADACRES DRIVE 3RD FLOOR<br>Bloomfield, NJ 07003 | | | | | | $119,029.00 |
| 16 Taylor Law Firm<br>6630 Colleyville Blvd., 200<br>Colleyville, TX 76034 | | Legal | | | | $100,000.00 |
| 17 WEISBART SPRINGER HAYES LLP<br>212 LAVACA STREET, SUITE 200<br>Austin, TX 78701 | | Legal | | | | $85,941.42 |
| 18 NORTON ROSE FULBRIGHT US LLP<br>1550 LAMAR, SUITE 2000<br>Houston, TX 77010 | | Legal | | | | $81,048.82 |
| 19 PHOENIX AMERICAN FINANCIAL SERVICES INC<br>PO Box 2189<br>San Rafael, CA 94912 | | | | | | $78,401.33 |
| 20 VISTRA USA, LLC<br>5450 N CUMBERLAND AVE, SUITE 100<br>Chicago, IL 60656 | | | | | | $72,052.30 |

Fill in this information to identify the case:

Debtor name          **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

❑ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's **name and case number (if known).**

## Part 1:  Income

**1.   Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026**  to   Filing date<br>MM/ DD/ YYYY | ❑ Operating a business<br>☑ Other **Consolidated** | **$6,302,177.00** |
| **For prior year:** | From **01/01/2025**  to  **12/31/2025**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ❑ Operating a business<br>☑ Other **Consolidated** | **$21,857,461.00** |
| **For the year before that:** | From **01/01/2024**  to  **12/31/2024**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ❑ Operating a business<br>☑ Other **Consolidated** | **$58,505,545.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026**  to   Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From **01/01/2025**  to  **12/31/2025**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From **01/01/2024**  to  **12/31/2024**<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

Debtor **Silver Star Properties REIT, Inc.**        Case number *(if known)* _____
     Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City   State   ZIP Code | _____<br><br>_____<br><br>_____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor** | | | |
| _____ | | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
| --- | --- | --- | --- |

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **2**

Debtor  **Silver Star Properties REIT, Inc.**                                                    Case number *(if known)*
_____
Name

5.1. _____    _____    _____    _____

Creditor's name

_____

Street

_____

City                    State      ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name _____ Street _____ City      State   ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

Part 3:  Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ **Case number** _____ | _____ | **See attached** _____ Name _____ Street _____ City      State   ZIP Code | ☑ Pending ☐ On appeal ☐ Concluded |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor **Silver Star Properties REIT, Inc.** _____ Case number *(if known)* _____
Name

| 8.1. | **Custodian's name and address** | **Description of the property** | **Value** |
|------|----------------------------------|--------------------------------|-----------|

Custodian's name

Street

City          State     ZIP Code

**Case title**

**Case number**

**Date of order or assignment**

**Court name and address**

Name

Street

City            State     ZIP Code

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | **Recipient's name and address** | **Description of the gifts or contributions** | **Dates given** | **Value** |
|------|----------------------------------|-----------------------------------------------|-----------------|-----------|

Recipient's name

Street

City          State     ZIP Code

**Recipient's relationship to debtor**

---

## Part 5: Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| **Description of the property lost and how the loss occurred** | **Amount of payments received for the loss** If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | **Date of loss** | **Value of property lost** |
|---|---|---|---|
| 10.1. | | | |

---

## Part 6: Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **4**

Debtor **Silver Star Properties REIT, Inc.** Case number *(if known)* _____
Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **DeMarco Mitchell, PLLC** | **Attorney's Fee** | **05/20/2026** | **$4,000.00** |

**Address**

**500 N. Central Expressway Suite 500**
Street

**Plano, TX 75074**
City                State      ZIP Code

**Email or website address**

**Who made the payment, if not debtor?**

---

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |

---

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

Debtor  **Silver Star Properties REIT, Inc.**                                                Case number *(if known)* _____
        Name

| 13.1. | **Who received the transfer?** | **Description of property transferred or payments received or debts paid in exchange** | **Date transfer was made** | **Total amount or value** |
|---|---|---|---|---|
|  | _____ | _____ | _____ | _____ |

**Address**

_____
Street

_____

_____
City                    State      ZIP Code

**Relationship to debtor**

_____

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

❏ Does not apply

| **Address** | **Dates of occupancy** |
|---|---|

14.1. **601 Sawyer Street, 101**
Street

**Houston, TX 77007**
City                    State      ZIP Code

From  _____  To  _____

14.1. **2909 Hillcroft**
Street

**Houston, TX 77057**
City                    State      ZIP Code

From  _____  To  _____

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❏ Yes. Fill in the information below.

Debtor  **Silver Star Properties REIT, Inc.** _____  Case number *(if known)* _____
  Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name _____

Street _____

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

City            State     ZIP Code

_____

_____

*Check all that apply:*

❑ Electronically

❑ Paper

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

❑ No.

☑ Yes.                                      **Shareholder records which include name, address**

State the nature of the information collected and retained. **and taxpayer identification number**

Does the debtor have a privacy policy about that information?

❑ No

☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

❑ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

  ❑ No. Go to Part 10.

  ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Silver Star 401(k) Plan** | EIN: **2 6** – **1 7 9 1 0 6 5** |

  Has the plan been terminated?

  ☑ No

  ❑ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor **Silver Star Properties REIT, Inc.**            Case number *(if known)* _____
     Name

18.1 _____    XXXX– \_ \_ \_ \_     ❏ Checking       _____     _____
     Name                                                     ❏ Savings

     _____                    ❏ Money market
     Street                                                      ❏ Brokerage

     _____                    ❏ Other

     _____                                  _____
     City              State    ZIP Code

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ❏ No |
| _____ | _____ | _____ | ❏ Yes |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | Address | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | _____ | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | ❏ No |
| _____ | _____ | _____ | ❏ Yes |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | Address | _____ | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | _____ | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | _____ | _____ | |
| City    State    ZIP Code | | _____ | |

Debtor **Silver Star Properties REIT, Inc.**     Case number *(if known)* _____

Name

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No

    ☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City   State   ZIP Code | _____ | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No

    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | _____ | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No

    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City   State   ZIP Code | _____ | |

Debtor   **Silver Star Properties REIT, Inc.**                                   Case number *(if known)*
                Name

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

❏ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.  **See Org Chart attached to the Schedules**<br>Name<br><br>Street<br><br>City          State     ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❏ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  **Fox, Louis**<br>Name<br>**100 N. Forest Park Blvd., Suite 100**<br>Street<br><br>**Fort Worth, TX 76102**<br>City          State          ZIP Code | From _____  To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❏ None

| Name and address | Dates of service |
|---|---|
| 26b.1.  **U.S. Securities & Exchange Comm.**<br>Name<br>**801 Cherry St Ste 1900 Unit 18**<br>Street<br>**Fort Worth Regional Office**<br>**Fort Worth, TX 76102-6819**<br>City          State          ZIP Code | From _____  To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2.  **Shareholders**<br>Name<br><br>Street<br><br>City          State          ZIP Code | From _____  To _____ |

Debtor   **Silver Star Properties REIT, Inc.**                                                   Case number *(if known)* _____
         Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**Fox, Louis**
Name

**100 N. Forest Park Blvd., Suite 100**
Street

**Fort Worth, TX 76102**
City                           State              ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name

Street

City                           State              ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                           State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gerald Haddock** | **100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102** | **CEO / Chairman,** | **1.60%** |
| **David Wheeler** | **100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102** | **COO,** | **0.02%** |

Debtor  **Silver Star Properties REIT, Inc.**                                    Case number *(if known)* _____
         Name

| Fox, Louis | 100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | CFO / Treasurer, | 0.00% |
| CHESTER W. GRUDZINSKI, JR | 100 N FOREST PARK BLVD, SUITE 100 Fort Worth, TX 76102 | General Counsel / Secretary, | 0.00% |
| Jack Thompkins | 100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | Director, | 0.19% |
| James Still | 100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | Director, | 0.01% |
| Michael Racusin | 100 N. Forest Park Blvd., Suite 100 Fort Worth, TX 76102 | Director, | 0.00% |

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ | , _____ | From _____ To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.1. **Gerald Haddock**   $125,000   **Salary**
Name

**100 N. Forest Park Blvd., Suite 100**
Street

**Fort Worth, TX 76102**
City                State        ZIP Code

Relationship to debtor

**Officer and Shareholder**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

30.2. **Fox, Louis**   $125,000   **Salary**
Name

**100 N. Forest Park Blvd., Suite 100**
Street

**Fort Worth, TX 76102**
City                State        ZIP Code

Relationship to debtor

**Officer**

Debtor   **Silver Star Properties REIT, Inc.**                                      Case number *(if known)* _____
    Name

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

❏ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

❏ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

### Part 14:   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____**05/28/2026**_____
            MM/  DD/  YYYY

**X** **/s/ Gerald Haddock**_____         Printed name          **Gerald Haddock**_____
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor   **Chief Executive Officer**____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

❏ Yes

---

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **13**

## Statement of Financial Affairs (Official Form 207) — Part 3, Question 7

*Debtor: Silver Star Properties REIT, Inc.  |  Northern District of Texas, Fort Worth Division*

Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits. List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved IN ANY CAPACITY within 1 year before filing this case (look-back: 05/27/2025 – 05/27/2026). Include matters in which the debtor was a plaintiff, defendant, cross-claimant, third-party, intervenor, or respondent.

| # | Case Title (Full Caption) | Case Number | Date Filed | Debtor's Role (Plaintiff / Defendant / Cross / 3rd Party / Other) | Nature of Case | Court or Agency Name | Street | City | State | ZIP | Status of Case (Pending / On appeal / Concluded) | Opposing Counsel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Gubernick, Benjamin v. Silver Star Properties REIT, Inc. | 2026-24308 | 04/10/2026 | Defendant | Civil - Other Contract | Harris County District Court — 234th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | |
| 2 | Collins, Patrick v. Hartman SPE LLC; Silver Star Properties REIT, Inc., et al. | 2025-88114 | 11/19/2025 | Defendant | Civil - Motor Vehicle Accident | Harris County District Court — 234th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | |
| 3 | Primary Plumbing Services LLC v. Silver Star Properties REIT, Inc. | 2025-74758 | 09/30/2025 | Defendant | Civil - Other Civil | Harris County District Court — 055th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Concluded | |
| 4 | Kudlik, MichaelJohn v. Silver Star Properties REIT, Inc.; Southern Star Self-Storage Investment Co., et al. | 2025-41710 | 06/13/2025 | Defendant | Civil - Other Contract | Harris County District Court — 164th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | |
| 5 | Portillo, Nataly Yadira v. Hartman Income REIT, Inc.; Silver Star Properties REIT, Inc.; Hartman SPE LLC; Hartman Ashford Crossing LLC; Hartman Income REIT Management LLC; Silver Star Property Management, Inc. | 2024-84919 | 12/05/2024 | Defendant | Civil - Premises | Harris County District Court — 234th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | |
| 6 | Gubernick, Benjamin v. Silver Star Properties REIT, Inc. | 2024-74076 | 10/23/2024 | Defendant | Civil - Debt/Contract | Harris County District Court — 234th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Concluded | |
| 7 | Premium HVAC Mechanical Services LLC v. Hartman Income REIT Management, Inc. | 2024-24715 | 04/17/2024 | Other (Affiliate / Related Party Action) | Civil - Other Contract | Harris County District Court — 215th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Concluded | |
| 8 | Gardner, Christi v. Silver Star Properties REIT, Inc. | 2024-06449 | 01/31/2024 | Defendant | Civil - Other Contract | Harris County District Court — 165th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | |
| 9 | Gardner, Frank v. Fox, Louis T.; Silver Star Properties REIT, Inc.; Hartman vREIT XXI, Inc., et al. | 2024-06456 | 01/31/2024 | Defendant | Civil - Other Contract | Harris County District Court — 270th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | |
| 10 | Success Real Estate Company, Ltd. v. Hartman Prestonwood Properties, LLC | 2023-62823 | 09/15/2023 | Other (Affiliate / Related Party Action) | Civil - Other Contract | Harris County District Court — 133th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Concluded | |
| 11 | Hartman, Allen N. v. Silver Star Properties REIT, Inc. (f/k/a Hartman Short Term Income Properties XX, Inc.); Hartman vREIT XXI, Inc., et al. | 2023-17944 | 03/20/2023 | Defendant | Civil - Debt/Contract | Harris County District Court — 133th Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | |
| 12 | BGSF Professional, LLC d/b/a BGSF v. Silver Star Properties REIT, Inc. | 471-00672-2026 | 02/03/2026 | Defendant | Civil | Collin County District Court — 471st Judicial District | Collin County Courthouse, 2100 Bloomdale Rd. | McKinney | TX | 75071 | Pending | |
| 13 | Silver Star Properties REIT, Inc.; Silver Star CRE LLC; Silver Star CRE II LLC; and Silver Star Delray LLC v. BSPRT CRE Finance LLC; FBRED BDC Finance LLC; and BSPRT CS Loan LLC | 25-BC08B-0016 | | Plaintiff | Civil - RICO and Lender Liability | Texas Business Court — Eighth Division | | Fort Worth | TX | | Pending | Defendants' counsel: Jacob Sparks, Nelson Mullins, 5830 Granite Parkway, Suite 1000, Plano, TX 75024 |
| 14 | Silver Star Properties REIT, Inc. v. Allen R. Hartman | 2023-85765 | | Plaintiff | Civil - Debt/Contract - Fraud/Misrepresentation | Harris County District Court — 133rd Judicial District | Civil Courthouse, 201 Caroline St. | Houston | TX | 77002 | Pending | Defendant's counsel: Thomas Lightsey, Holman Fenwick Willan USA LLP, 4537 Mayfair St., Bellaire, TX 77401-2603 |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |

ALLIANCE ADVISORS LLC
200 BROADACRES DRIVE 3RD FLOOR
Bloomfield, NJ 07003

Attorney General of the
United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503

BGSF PROFESSIONAL LLC
PO Box BOX 660282
Dallas, TX 75266

BROADRIDGE
PO Box 416423
Boston, MA 02241

CAPITOL CORPORATE
SERVICES
1501 S MOPAC EXPY, SUITE 220
Austin, TX 78746

CARRINGTON, COLEMAN,
SLOMAN & BLUEMENTHAL,
LLP
901 MAIN STREET, SUITE 5500
Dallas, TX 75202

CBIZ CPAS P.C
PO Box 95000-2288
Philadelphia, PA 19195

CBRE
PO Box 15531, LOC CODE 2101
Chicago, IL 60696

CHESTER W. GRUDZINSKI, JR
100 N FOREST PARK BLVD, SUITE 100
Fort Worth, TX 76102

CIRCUMFERENCE FS (USA)
INC.
1100 N MARKET STREET,4TH FLOOR
Wilmington, DE 19890

COOPER STREET SPE LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

CRESTLINE ADVISORY
PARTNERS LLC
700 COLORADO BLVD, SUITE 686
Denver, CO 80206

Dallas County Tax-Assessor
Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3304

David Wheeler
100 N Forest Park Blvd, Suite 100

DENNARD LASCAR
ASSOCIATES
1800 WEST LOOP SOUTH, #200
Houston, TX 77027

Equiniti Trust Company, LLC
Operations Center
6201 15th Avenue
Brooklyn, NY 11219

Equiniti Trust Company, LLC
P.O. Box 500
Newark, NJ 07101

ERHARD & JENNINGS, P.C
1601 ELM STREET, SUITE 4242
Dallas, TX 75201

FBRED BDC FINANCE LLC
ATTN: MICAH GOODMAN, GENERAL
COUNSEL
1345 AVENUE OF THE AMERICAS, SUITE
32A
New York, NY 10105

FIRST INSURANCE FUNDING
450 SKOKIE BLVD, SUITE 1000
Northbrook, IL 60062

FLETCHER HELD PLLC
808 TRAVIS STEET, SUITE 1553
Houston, TX 77005

Gerald Haddock
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

GOLDMAN SACHS
2001 ROSS AVENUE, 31ST FLOOR
Dallas, TX 75201

GREYHAWK SILVER STAR LLC
1001 EAST SUNSET ROAD, UNIT 1001
Las Vegas, NV 89119

GRIFFITH, JAY & MICHEL, LLP
2200 FOREST PARK BLV
Fort Worth, TX 76110

HADDOCK ENTERPRISES LLC
100 N FOREST PARK BLVD, SUITE 100
Fort Worth, TX 76102

Harris County Appraisal
District
P.O. Box 920975
Houston, TX 77292

HKA GLOBAL, LLC
2005 MARKET STREET, SUITE 820
Philadelphia, PA 19103

HSRE-ADV VII LLC
444 WEST LAKE STREET, SUITE 2100
Chicago, IL 60606

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jack Thompkins
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

James Still
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

Louis Fox
958 Del Norte
Houston, TX 77018

Louis Fox
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

Mark Torok
11530 Meadow Lake Drive
Houston, TX 77007

Michael Racusin
100 N FOREST PARK BLVD, SUITE 100
Fort Worth, TX 76102

Michaeljohn Kudlik
22102 Rochester Drive
Katy, TX 77450

NELSON MULLINS
ATTN: JACOB SPARKS
5830 Granite Parkway, Suite 1000
Plano, TX 75024

NORTON ROSE FULBRIGHT US
LLP
1550 LAMAR, SUITE 2000
Houston, TX 77010

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548


Office of the United States
Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002


PAUL, WEISS, RIFKIND,
WHARTON, & GARRISO, LLP
1285 AVENUE OF THE AMERICAS
New York, NY 10019


PHOENIX AMERICAN
FINANCIAL SERVICES INC
PO Box 2189
San Rafael, CA 94912


PLANET DEPOS, LLC
PO Box 791571
Baltimore, MD 21279


POLSINELLI
900 W 48TH PLACE, SUITE 900
Kansas City, MO 64112


SAUL EWING, LLP
PO Box 825482
Philadelphia, PA 19182


SNELL & WILMER L.L.P.
1 EAST WASHINGTON ST., SUITE 2700
Phoenix, AZ 85004

SORENSEN ENTITY SERVICES
LLC
1201 N ORANGE ST, SUITE 7044
Wilmington, DE 19801


SS 104 HIGHWAY 52 W, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 1300 HAZELWOOD DRIVE,
LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 1401 GOLDEN SPRINGS
ROAD, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 1401 SPRINGDALE
STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 1531 S MADISON ROAD,
LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 17909 BURKE STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 1800 AIRPORT ROAD, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

SS 200 W MAPLEWOOD LANE,
LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 201 HIGHWAY 31 NW, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 300 E F STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 333 PHILLIPS
BOULEVARD, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 533 N MAIN STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 812 N MAIN STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 819 W MAIN STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102


SS 879 HIGHWAY 78, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

SS N 168 W 21330 MAIN
STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102

Taylor Law Firm
6630 Colleyville Blvd., 200
Colleyville, TX 76034

Texas Alcoholic Beverage
Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public
Accounts
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711

Texas Comptroller of Public
Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

THE SULENTIC LAW FIRM,
PLLC
5527 DUMFRIES DRIVE
Houston, TX 77096

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705


United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1699



VISTRA USA, LLC
5450 N CUMBERLAND AVE, SUITE 100
Chicago, IL 60656



WEISBART SPRINGER HAYES LLP
212 LAVACA STREET, SUITE 200
Austin, TX 78701


WELLS FARGO, NA, AS TRUSTEE
ARGENTIC SERVICES COMPANY LP as
SPECIAL SERVICER
500 NORTH CENTRAL EXPRESSWAY,
SUITE 261
Plano, TX 75074

WINSTON & STRAWN, LLP
35 W WACKER DRIVE
Chicago, IL 60601

WORKIVA INC
2900 UNIVERSITY BLVD
Ames, IA 50010

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Silver Star Properties REIT, Inc.**

CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **05/28/2026**    Signature          **/s/ Gerald Haddock**

Gerald Haddock, Chief Executive Officer