Fill in this information to identify the case:

Debtor name          **Silver Star Properties REIT, Inc.**

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known):          **26-42316-11**

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  GREYHAWK SILVER STAR LLC  1001 EAST SUNSET ROAD, UNIT 1001  Las Vegas, NV 89119 | | Guaranty of Walgreen locations debt | | | | $24,390,628.00 |
| 2  HSRE-ADV VII LLC  444 WEST LAKE STREET, SUITE 2100  Chicago, IL 60606 | | | | | | $17,000,000.00 |
| 3  FBRED BDC FINANCE LLC  ATTN: MICAH GOODMAN, GENERAL COUNSEL  1345 AVENUE OF THE AMERICAS, SUITE 32A  New York, NY 10105 | | | | | | $15,530,000.00 |
| 4  WELLS FARGO, NA, AS TRUSTEE  ARGENTIC SERVICES COMPANY LP as SPECIAL SERVICER  500 NORTH CENTRAL EXPRESSWAY, SUITE 261  Plano, TX 75074 | | | | | | $8,100,000.00 |
| 5  SAUL EWING, LLP  PO Box 825482  Philadelphia, PA 19182 | | | | | | $1,205,443.29 |
| 6  Louis Fox  958 Del Norte  Houston, TX 77018 | | Stock purchase | | | | $1,000,000.00 |
| 7  Mark Torok  11530 Meadow Lake Drive  Houston, TX 77007 | | Stock purchase | | | | $1,000,000.00 |
| 8  Michaeljohn Kudlik  22102 Rochester Drive  Katy, TX 77450 | | Stock purchase | | | | $1,000,000.00 |

Debtor   **Silver Star Properties REIT, Inc.**                                        Case number *(if known)*        **26-42316-11**
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9  BGSF PROFESSIONAL LLC<br>PO Box BOX 660282<br>Dallas, TX 75266 | | | | | | $652,145.58 |
| 10  GOLDMAN SACHS<br>2001 ROSS AVENUE, 31ST FLOOR<br>Dallas, TX 75201 | | | | | | $439,661.00 |
| 11  PAUL, WEISS, RIFKIND, WHARTON, & GARRISO, LLP<br>1285 AVENUE OF THE AMERICAS<br>New York, NY 10019 | | Legal | | | | $356,859.99 |
| 12  WINSTON & STRAWN, LLP<br>35 W WACKER DRIVE<br>Chicago, IL 60601 | | Legal | | | | $225,325.50 |
| 13  SNELL & WILMER L.L.P.<br>1 EAST WASHINGTON ST., SUITE 2700<br>Phoenix, AZ 85004 | | Legal | | | | $225,068.26 |
| 14  CBIZ CPAS P.C<br>PO Box 95000-2288<br>Philadelphia, PA 19195 | | | | | | $218,205.50 |
| 15  ALLIANCE ADVISORS LLC<br>200 BROADACRES DRIVE 3RD FLOOR<br>Bloomfield, NJ 07003 | | | | | | $119,029.00 |
| 16  Taylor Law Firm<br>6630 Colleyville Blvd., 200<br>Colleyville, TX 76034 | | Legal | | | | $100,000.00 |
| 17  WEISBART SPRINGER HAYES LLP<br>212 LAVACA STREET, SUITE 200<br>Austin, TX 78701 | | Legal | | | | $85,941.42 |
| 18  NORTON ROSE FULBRIGHT US LLP<br>1550 LAMAR, SUITE 2000<br>Houston, TX 77010 | | Legal | | | | $81,048.82 |
| 19  PHOENIX AMERICAN FINANCIAL SERVICES INC<br>PO Box 2189<br>San Rafael, CA 94912 | | | | | | $78,401.33 |
| 20  VISTRA USA, LLC<br>5450 N CUMBERLAND AVE, SUITE 100<br>Chicago, IL 60656 | | | | | | $72,052.30 |