DeMarco Mitchell, PLLC
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:**   26-42316-mxm11 |
| **Silver Star Properties REIT, Inc.**<br>**dba Hartman Short Term Income Properties**<br>**XX, Inc.**<br>26-3455189<br>100 N. Forest Park Blvd., Suite 100<br>Fort Worth, TX 76102 | **Chapter:**   11 |
| **Debtor.** | |

### DISCLOSURE OF COMPENSATION OF ATTORNEY
### [11 U.S.C. § 329(a)]

Pursuant to 11 U.S.C. § 329(a) and Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, I certify that I am the attorney for the above named debtor and that compensation paid to me or my law firm within one (1) year before the petition in bankruptcy, or agreed to be paid to me or my firm, for services ("**Services**") rendered or to be rendered on behalf of the above referenced debtor in contemplation of or in connection with the bankruptcy case is as follows:

**Prepetition Services**:  DeMarco Mitchell, PLLC, ("**DM**") agreed to accept payment on an hourly basis (Robert T. DeMarco at the rate of $500.00 per hour) plus costs for prepetition Services relating to the Debtor's bankruptcy case.  DM incurred fees in the amount of **$2,262.00** and expenses in the amount of **$1,738.00** prior to the commencement of the case *sub judice* ("**Petition Date**").

**Prepetition Retainer**:  DM received a retainer of **$4,000.00** prior to the Petition Date.  After deducting the total fees and expenses incurred by the Debtor Prepetition, the remainder held in trust by DM is **$0.00**.

**Postpetition Services**:  DM has agreed to accept payment on an hourly basis plus costs for postpetition services subject to approval by this Court.

**Sharing of Compensation**:  DM has not agreed to share the above disclosed compensation with any other person unless they are members or associates of DM.

### CERTIFICATION

I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to me or DM for representation of the Debtor in the above referenced

---

**FORM 2016(b)**                                                                                                      **Page 1**

bankruptcy case.

Respectfully submitted,

Dated: **June 2, 2026**

*/s/ Robert T. DeMarco*

**DeMarco●Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**   robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**   mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
T  972-991-5591
F  972-346-6791
***Proposed* Counsel for Debtor and Debtor-in-Possession**