**DeMarco•Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **IN RE:** | **Case No.:    26-42315** |
| **Silver Star Virginia Parkway LLC** | **Chapter:    11**<br>**[JOINT ADMINISTRATION REQUESTED]** |
| Debtor[1]. | |
| **IN RE:** | **Case No.:    26-42316** |
| **Silver Star Properties REIT, Inc.** | **Chapter:    11**<br>**[JOINT ADMINISTRATION REQUESTED]** |
| Debtor. | |

### DEBTORS' EXPEDITED MOTION FOR ORDER
### DIRECTING JOINT ADMINISTRATION OF CASES
### [Bankruptcy Rule 1015]

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

**COMES NOW**, **Silver Star Virginia Parkway LLC** ("__Virginia Parkway__") and **Silver Star Properties REIT, Inc.** ("__Silver Star__"), Debtors and Debtors in possession in the above-styled and numbered cases (collectively, the "__Debtors__"), and file this *Debtors' Expedited Motion for Order Directing Joint Administration of Cases* (the "__Motion__") by and through the undersigned attorney. In support thereof the Debtors respectfully show the Court as follows:

### I.    JURISDICTION

1.    The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding.  28 U.S.C. §§ 157(b)(1), (b)(2)(M).

---

[1] The Debtors in these proceedings (including their respective taxpayer identification numbers) are: Silver Star Virginia Parkway LLC (99-3308488); and Silver Star Properties REIT, Inc. (26-3455189). The Debtors' corporate headquarters are: 100 N. Forest Park Blvd., Suite 100, Fort Worth, TX 76102.

2.      Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3.      The bases for the relief requested herein is section 105(a) of title 11 of United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") and rule 1015 of the Federal Rules of Bankruptcy Procedure.

## II.      BACKGROUND

4.      These bankruptcy cases were filed on **May 28, 2026**.

5.      The Debtors continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

6.      The Debtors are affiliated entities engaged in the ownership and operation of self-storage and commercial real property. Silver Star Properties REIT, Inc. (formerly known as Hartman Short Term Income Properties XX, Inc.) is a self-managed, non-traded real estate investment trust that has repositioned its portfolio away from office, retail, and light-industrial assets and toward the self-storage asset class, which it operates under the Silver Star Storage brand. Silver Star Virginia Parkway LLC, which does business as Silver Star Storage, owns and operates a self-storage facility located at 2870 Virginia Parkway, McKinney, Texas. The Debtors operate as part of a common enterprise under common ownership and management and are affiliates within the meaning of 11 U.S.C. § 101(2).

## III. RELIEF REQUESTED

7.      Joint administration of these cases will avoid considerable unnecessary delay and expense by obviating the need for the Debtors to file duplicative pleadings.  Further, joint administration will avoid the burdensome necessity of duplicating notices to numerous creditors.

Lastly, supervision of the administrative aspects of the subject bankruptcy cases by the Office of the United States Trustee will be simplified by joint administration.

8.       **The substantive rights of the respective creditors will not be adversely affected by the joint administration of these cases since the relief requested is purely procedural**.

9.       The Debtors further respectfully request, for the convenience of all parties and the Court, that these Chapter 11 cases be jointly administered under Case No. **26-42315** and that all pleadings pertaining thereto be filed under the following caption:

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| **IN RE:** | **Case No.:**   **26-42315** |
| **Silver Star Virginia Parkway LLC** | **Chapter:**   **11** |
| **Debtor**[1]**.** | |

[1]The Debtors in these proceedings (including their respective taxpayer identification numbers) are: Silver Star Virginia Parkway LLC (99-3308488); and Silver Star Properties REIT, Inc. (26-3455189). The Debtors' corporate headquarters are: 100 N. Forest Park Blvd., Suite 100, Fort Worth, TX 76102.

### III.       BASIS FOR RELIEF REQUESTED

10.       Pursuant to Bankruptcy Rule 1015(b), "[i]f … two or more petitions are pending in the same court by or against … a debtor and an affiliate, the court may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).

11.       In addition, section 105(a) of the Bankruptcy Code provides the Court with the power to grant the relief requested herein by the Debtors.

12.       The Debtors submit that the joint administration of their estates is warranted and would ease the administrative burden on the Court and all parties-in-interest in these chapter 11 cases. The benefits to these chapter 11 cases come with no prejudice to creditors and other

parties-in-interest of any of the Debtors, as the relief requested herein is purely procedural and would not impact the substantive rights of any party.

13. The joint administration of these chapter 11 cases would also permit the Clerk of the Court to utilize a single docket for these cases and to combine notices to creditors and other parties-in-interest in the Debtors' respective chapter 11 cases. As there likely will be numerous motions, applications and other pleadings filed in these chapter 11 cases that will affect each of the Debtors, joint administration would significantly reduce the volume of pleadings filed with the Clerk of the Court, render the completion of various administrative tasks less costly and minimize the number of unnecessary delays.

14. The entry of joint administration orders in multiple related cases such as these is common in this District. Accordingly, based on the foregoing facts and authorities, the Debtors respectfully submit that the relief requested herein should be granted.

**WHEREFORE, PREMISES CONSIDERED**, the Debtors request the Court enter an order directing the above-styled and numbered cases be jointly administered under the case number assigned to Silver Star Virginia Parkway LLC, and providing for such other and further relief to which the Debtors may be justly entitled.

Respectfully submitted,

Dated: **June 2, 2026**

*/s/ Robert DeMarco*

**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791
***Proposed*** **Counsel for Debtors and Debtors in Possession**

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that, prior to the filing of this Motion, he conferred with the following parties concerning their respective positions on the Motion:

| Attorney | Position |
|---|---|
| Erin Schmidt, counsel for the United States Trustee | Does not oppose the requested relief |

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below and upon all parties listed on the attached matrix in accordance with applicable rules of bankruptcy procedure on this **2nd day of June, 2026.** Where possible, service was made electronically via the Court's ECF noticing system, via private e-mail transmission, or via facsimile transmission where a facsimile number is set forth below. Otherwise, service was made via regular first-class mail.

### DEBTORS

Silver Star Virginia Parkway LLC
2870 Virginia Parkway
McKinney, TX 75071

Silver Star Properties REIT, Inc.
100 N. Forest Park Blvd., Suite 100
Fort Worth, TX 76102

### TRUSTEES

Office of the United States Trustee
Attn: Erin Schmidt, Trial Attorney
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas, TX 75242
Erin.Schmidt2@usdoj.gov

### INTERESTED PARTIES

Chandler M. Webb, Substitute Trustee
cwebb@ccsb.com
David G. Drumm
ddrumm@ccsb.com
Mark A. Castillo
markcastillo@ccsb.com
Carrington, Coleman, Sloman & Blumenthal,
L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202

Other Interested Parties Via ECF

### SEE ATTACHED MATRIX

*/s/ Robert T. DeMarco*

**DeMarco•Mitchell, PLLC**

Robert T. DeMarco, Texas Bar No. 24014543

**Email**    robert@demarcomitchell.com

Michael S. Mitchell, Texas Bar No. 00788065

**Email**    mike@demarcomitchell.com

12770 Coit Road, Suite 850

Dallas, TX 75251

**T**        972-991-5591

**F**        972-346-6791

Label Matrix for local noticing
0539-4
Case 26-42316-mxm11
Northern District of Texas
Ft. Worth
Tue Jun  2 12:08:04 CDT 2026

Silver Star Properties REIT, Inc.
100 N. Forest Park Blvd., Suite 100
Fort Worth, TX 76102-1813

501 W. Tenth Street
Fort Worth, TX 76102-3637

ALLIANCE ADVISORS LLC
200 BROADACRES DRIVE 3RD FLOOR
Bloomfield, NJ 07003-3154

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

BGSF PROFESSIONAL LLC
PO Box BOX 660282
Dallas, TX 75266-0282

BROADRIDGE
PO Box 416423
Boston, MA 02241-6423

CAPITOL CORPORATE SERVICES
1501 S MOPAC EXPY, SUITE 220
Austin, TX 78746-7683

CARRINGTON, COLEMAN, SLOMAN & BLUEMENTHAL, L
901 MAIN STREET, SUITE 5500
Dallas, TX 75202-3767

CBIZ CPAS P.C
PO Box 95000-2288
Philadelphia, PA 19195-0001

CBRE
PO Box 15531, LOC CODE 2101
Chicago, IL 60696-0001

CHESTER W. GRUDZINSKI, JR
100 N FOREST PARK BLVD, SUITE 100
Fort Worth, TX 76102-1813

CIRCUMFERENCE FS (USA) INC.
1100 N MARKET STREET,4TH FLOOR
Wilmington, DE 19890-1100

COOPER STREET SPE LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

CRESTLINE ADVISORY PARTNERS LLC
700 COLORADO BLVD, SUITE 686
Denver, CO 80206-4084

DENNARD LASCAR ASSOCIATES
1800 WEST LOOP SOUTH, #200
Houston, TX 77027-3289

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

ERHARD & JENNINGS, P.C
1601 ELM STREET, SUITE 4242
Dallas, TX 75201-4741

Equiniti Trust Company, LLC
Operations Center
6201 15th Avenue
Brooklyn, NY 11219-5411

Equiniti Trust Company, LLC
P.O. Box 500
Newark, NJ 07101-0500

FBRED BDC FINANCE LLC
ATTN: MICAH GOODMAN, GENERAL COUNSEL
1345 AVENUE OF THE AMERICAS, SUITE 32A
New York, NY 10105-3107

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

FLETCHER HELD PLLC
808 TRAVIS STEET, SUITE 1553
Houston, TX 77002-5702

GOLDMAN SACHS
2001 ROSS AVENUE, 31ST FLOOR
Dallas, TX 75201-6981

GREYHAWK SILVER STAR LLC
1001 EAST SUNSET ROAD, UNIT 1001
Las Vegas, NV 89199-5000

GRIFFITH, JAY & MICHEL, LLP
2200 FOREST PARK BLV
Fort Worth, TX 76110-1732

Gerald Haddock
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

HADDOCK ENTERPRISES LLC
100 N FOREST PARK BLVD, SUITE 100
Fort Worth, TX 76102-1813

HKA GLOBAL, LLC
2005 MARKET STREET, SUITE 820
Philadelphia, PA 19103-7005

HSRE-ADV VII LLC
444 WEST LAKE STREET, SUITE 2100
Chicago, IL 60606-0069

Harris County Appraisal District
P.O. Box 920975
Houston, TX 77292-0975

Internal Revenue Service
Central Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Jack Thompkins
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

James Still
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

Louis Fox
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

Louis Fox
958 Del Norte
Houston, TX 77018-1421

Mark Torok
11530 Meadow Lake Drive
Houston, TX 77077-6836

Michael Racusin
100 N FOREST PARK BLVD, SUITE 100
Fort Worth, TX 76102-1813

Michaeljohn Kudlik
22102 Rochester Drive
Katy, TX 77450-5937

NELSON MULLINS
ATTN:  JACOB SPARKS
5830 Granite Parkway, Suite 1000
Plano, TX 75024-6781

NORTON ROSE FULBRIGHT US LLP
1550 LAMAR, SUITE 2000
Houston, TX 77010-4106

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

PAUL, WEISS, RIFKIND, WHARTON, & GARRISO, LL
1285 AVENUE OF THE AMERICAS
New York, NY 10019-6031

PHOENIX AMERICAN FINANCIAL SERVICES INC
PO Box 2189
San Rafael, CA 94912-2189

PLANET DEPOS, LLC
PO Box 791571
Baltimore, MD 21279-1571

POLSINELLI
900 W 48TH PLACE, SUITE 900
Kansas City, MO 64112-1899

SAUL EWING, LLP
PO Box 825482
Philadelphia, PA 19182-5482

SNELL & WILMER L.L.P.
1 EAST WASHINGTON ST., SUITE 2700
Phoenix, AZ 85004-0908

SORENSEN ENTITY SERVICES LLC
1201 N ORANGE ST, SUITE 7044
Wilmington, DE 19801-1189

SS 104 HIGHWAY 52 W, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 1300 HAZELWOOD DRIVE, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 1401 GOLDEN SPRINGS ROAD, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 1401 SPRINGDALE STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 1531 S MADISON ROAD, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 17909 BURKE STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 1800 AIRPORT ROAD, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 200 W MAPLEWOOD LANE, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 201 HIGHWAY 31 NW, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 300 E F STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 323 PHILLIPS BOULEVARD, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 533 N MAIN STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 812 N MAIN STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 819 W MAIN STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS 879 HIGHWAY 78, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

SS N 168 W 21330 MAIN STREET, LLC
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

THE SULENTIC LAW FIRM, PLLC
5527 DUMFRIES DRIVE
Houston, TX 77096-4003

Taylor Law Firm
6630 Colleyville Blvd., 200
Colleyville, TX 76034-6272

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

Texas Comptroller of Public Accounts
Bankruptcy & Collections Division
P.O. Box 12548, MC-008
Austin, TX 78711-2548

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001

U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

VISTRA USA, LLC
5450 N CUMBERLAND AVE, SUITE 100
Chicago, IL 60656-1422

WEISBART SPRINGER HAYES LLP
212 LAVACA STREET, SUITE 200
Austin, TX 78701-3955

WELLS FARGO, NA, AS TRUSTEE
ARGENTIC SERVICES COMPANY LP as SPECIAL
500 NORTH CENTRAL EXPRESSWAY, SUITE 261
Plano, TX 75074-6852

WINSTON & STRAWN, LLP
35 W WACKER DRIVE
Chicago, IL 60601-1695

WORKIVA INC
2900 UNIVERSITY BLVD
Ames, IA 50010-8665

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIRST INSURANCE FUNDING
450 SKOKIE BLVD, SUITE 1000
Northbrook, IL 60062

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BSPRT CRE Finance LLC

(u)BSPRT CS Loan LLC

(u)FBRED BDC Finance LLC

(u)David Wheeler
100 N Forest Park Blvd, Suite 100

End of Label Matrix
Mailable recipients    84
Bypassed recipients     4
Total                  88

Label Matrix for local noticing
0539-4
Case 26-42315-mxm11
Northern District of Texas
Ft. Worth
Tue Jun  2 12:07:24 CDT 2026

Silver Star Virginia Parkway LLC
2870 Virginia Parkway
Mckinney, TX 75071-3444

501 W. Tenth Street
Fort Worth, TX 76102-3637

AEI CONSULTANTS
2500 CAMINO DIABLO
Walnut Creek, CA 94597-3998

ASHTON GASKINS STORAGE LLC
1 HALLSHIRE COURT
Dallas, TX 75225-1824

Attorney General of the United States
Main Justice Bldg., Rm. 5111
10th & Constitution Ave. N.W.
Washington, DC 20503-0001

(p)CITY OF MCKINNEY
ATTN WATER BILLING
PO BOX 8000
MCKINNEY TX 75070-8000

Carrington, Coleman, Sloman & Blumenthal, L.
901 Main Street, Suite 5500
Dallas, TX 75202-3767

Collin County Tax Assesor Collector
PO Box 8046
Mckinney, TX 75070-8046

DANTAS LAWN SERVICE
330 W LYNDON B JOHNSON FWY
Irving, TX 75063-3833

DFS FIRE SYSTEMS, LLC
P.O. BOX 460939
Garland, TX 75046-0939

Dallas County Tax-Assessor Collector
John R. Ames, CTA
500 Elm St Ste 3300
Dallas, TX 75202-3330

EXODUS ELEVATOR SOLUTIONS
11665 FUQUA ST SUITE C308
Houston, TX 77034-4662

GO LOCAL, LLC
8215 W 108TH TERRACE
Overland Park, KS 66210-1661

HIRSH & WESTHEIMER, P.C.
1415 LOUISIANA ST. 36TH FLOOR
Houston, TX 77002-7394

Holman Fenwick Willan USA LLP
4537 Mayfair St.
Bellaire, TX 77401-2603

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

KINGS III OF AMERICA INC
PO Box BOX 739207
Dallas, TX 75373-9207

NATIONAL COMPUTER COMPANY INC
POBOX 110083
Carrollton, TX 75011-0083

NELSON MULLINS
ATTN:  JACOB SPARKS
5830 Granite Parkway, Suite 1000
Plano, TX 75024-6781

OPENTECH ALLIANCE, INC.
2101 W PEORIA AVE, SUITE 100
Phoenix, AZ 85029-4925

Office of the Attorney General
Bankruptcy-Collections Division
Po Box 12548
Austin, TX 78711-2548

Office of the United States Trustee
515 Rusk Street, Suite 3516 Room 976
Houston, TX 77002-2604

Open Tech Alliance
2101 W PEORIA AVE, SUITE 100
Phoenix, AZ 85029-4925

Prosperity Bank
Prosperity Bank Plaza
4295 San Felipe Street
Houston, TX 77027-2934

RELIANT RETAIL SERVICES LLC
P.O. BOX 650475
Dallas, TX 75265-0475

RYAN, LLC
P.O. Box 848351
Dallas, TX 75284-8351

SITELINK SOFTWARE, LLC
P.O BOX 738362
Dallas, TX 75373-8362

STORAGEPUG LLC
408 N CEDAR BLUFF RD SUITE 140
Knoxville, TN 37923-3657

Silver Star Property Management, Inc.
100 N Forest Park Blvd, Suite 100
Fort Worth, TX 76102-1813

Spectrum/Time Warner Cable
PO Box 223085
Pittsburgh, PA 15251-2085

Texas Alcoholic Beverage Commission
License and Permits Division
Po Box 13127
Austin, TX 78711-3127

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528


Texas Workforce Commission
TEC Building - Bankruptcy
101 E 15th St
Austin, TX 78778-1442

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Dept. of Veterans Affairs
Regional Office, Finance Section (24)
701 Clay Ave
Waco, TX 76799-0001


U.S. Securities & Exchange Comm.
Fort Worth Regional Office
801 Cherry St Ste 1900 Unit 18
Fort Worth, TX 76102-6819

U.S. Small Business Administration
150 Westpark Way Ste 130
Euless, TX 76040-3705

United States Attorney
1100 Commerce Street, 3rd Fl.
Dallas, TX 75242-1074


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

XPS SOLUTIONS, LTD.
2703 TELECOM PARKWAY, SUITE 150
Richardson, TX 75082-3558

Robert Thomas DeMarco
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


CITY OF MCKINNEY
PO Box BOX 8000
Mckinney, TX 75070

Texas Comptroller of Public Accounts
Bankruptcy Section
Po Box 13528
Austin, TX 78711-3528

U.S. Department of HUD
307 W. 7th Street Suite 1000
Fort Worth, TX 76102


End of Label Matrix
Mailable recipients    41
Bypassed recipients     0
Total                  41