John D. Gaither, Tex. Bar No. 24055516
john.gaither@wickphillips.com
Samantha Espino, Tex. Bar No. 24131801
samantha.espino@wickphillips.com
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Phone: (214) 692-6200

**COUNSEL FOR HARTMAN vREIT XXI, INC.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § § | **CASE NO. 26-42316-mxm** |
| **SILVER STAR PROPERTIES REIT, INC.,** | § § § | **CHAPTER 11** |
| **Debtor.** | § § § § | **(JOINTLY ADMINISTERED)** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby file this Notice of Appearance as counsel for Hartman vREIT XXI, Inc and request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon the undersigned at the following address:

John D. Gaither, john.gaither@wickphillips.com
Samantha Espino, samantha.espino@wickphillips.com
**Wick Phillips Gould & Martin, LLP**
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or

1

request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

Dated: June 24, 2026

Respectfully submitted,

*/s/ Samantha Espino*

John D. Gaither, Tex. Bar No. 24055516
Samantha Espino, Tex. Bar No. 24131801
WICK PHILLIPS GOULD & MARTIN, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
Telephone: (214) 692-6200
Email:  john.gaither@wickphillips.com
        samantha.espino@wickphillips.com

**COUNSEL FOR HARTMAN VREIT XXI, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2026, a true and correct copy of the foregoing document was served by the Court's ECF noticing system on all parties that consent to such service via electronic filing.

*/s/ Samantha Espino*

Samantha Espino