# Texas Capital Bank

Member FDIC.

1001 E. Lookout Dr., Tower A, Suite 700
Richardson, TX 75082

**Statement Ending 06/30/2026**

*Page 1 of 4*

SILVER STAR PROPERTIES REIT INC
601 SAWYER ST STE 600
HOUSTON TX 77007-7517

### Managing Your Accounts

| | | |
|---|---|---|
| | Branch Name | Texas Capital Bank |
| | Phone Number | (877) TEX-BANK (839.2265) |
| | Mailing Address | 1001 E. Lookout Dr., Tower A, Suite 700 Richardson, Texas 75082 |
| | Online Access | www.texascapitalbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL ANALYSIS | XXXXXX6733 | $98.02 |

## COMMERCIAL ANALYSIS - XXXXXX6733

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2026 | **Beginning Balance** | **$97.72** |
| | 5 Credit(s) This Period | $6,697.80 |
| | 7 Debit(s) This Period | $6,697.50 |
| 06/30/2026 | **Ending Balance** | **$98.02** |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 06/02/2026 | XFR XFER FR DDA 002400136180 | $882.83 |
| 06/03/2026 | XFR XFER FR DDA 002400136180 | $420.00 |
| 06/09/2026 | XFR XFER FR DDA 002400136180 | $546.69 |
| 06/11/2026 | XFR XFER FR DDA 002400136180 | $1,624.92 |
| 06/23/2026 | XFR XFER FR DDA 002400136180 | $3,223.36 |
| | | 5 item(s) totaling $6,697.80 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/02/2026 | KINGS III OF AME ACH | $156.56 |
| 06/02/2026 | XPS Solutions PURCHASE | $725.97 |
| 06/03/2026 | Sitelink Softwar PAYMENT | $420.00 |
| 06/09/2026 | PBC WATER UTILI WATER BILL | $236.10 |
| 06/09/2026 | PBC WATER UTILI WATER BILL | $310.59 |
| 06/10/2026 | TREASURY SVCS CHARGE | $1,624.92 |
| 06/23/2026 | FPL DIRECT DEBIT ELEC PYMT | $3,223.36 |
| | | 7 item(s) totaling $6,697.50 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05/31/2026 | $97.72 | 06/10/2026 | -$1,526.90 |
| 06/02/2026 | $98.02 | 06/11/2026 | $98.02 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT.**

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

| | CHECKS OUTSTANDING | |
|---|---|---|
| | NO. | AMOUNT |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT:**

BANK BALANCE SHOWN ON THIS STATEMENT: $ _____

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT: $ _____

TOTAL: $ _____

SUBTRACT – (IF ANY) CHECKS OUTSTANDING: $_____

BALANCE: $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE ⟵⟶

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK:**

CHECKBOOK BALANCE AT STATEMENT DATE: $ _____

SUBTRACT – (IF ANY) ACTIVITY CHARGE: $ _____

SUB-TOTAL: $ _____

SUBTRACT – (IF ANY) OTHER BANK CHARGES: $ _____

BALANCE: $ _____

SHOULD AGREE WITH YOUR STATEMENT BALANCE

TOTAL

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.
(2) The dollar amount of the suspected error.
(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**TERMS GOVERNING ACCOUNTS**

Deposit in or presentment to the Bank of any item for a customer account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code-Bank Deposits & Collection (of Texas), as from time to time amended or as varied by the agreements permitted by that statute, including those hereinafter set out.

Receipt from others or items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.

The account shall at all times be subject to service charges according to the practice of the Bank prevailing at the time. When the Bank deems such action proper, the Bank may require that the account be closed. The provisions hereof shall control, in the event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing this statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

Please examine this statement and enclosed items at once. Report the loss or theft of any checks issued for this account immediately. If no error is reported within 30 days, this statement will be considered correct. All items credited subject to final payment.

Member FDIC

★ **Texas Capital Bank**

Member FDIC.

1001 E. Lookout Dr., Tower A, Suite 700
Richardson, TX 75082

## COMMERCIAL ANALYSIS - XXXXXX6733 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

**Service Charge Summary**

| Description | Amount |
|---|---|
| MAINTENANCE FEE | $25.00 |
| CREDITS PROCESSED | $3.10 |
| ACH DEBITS FEE | $0.96 |
| NEG COLLECTED BAL | $0.30 |
| Service Chg Waived | $29.38 |

★ **Texas Capital Bank**

Member FDIC.

1001 E. Lookout Dr., Tower A, Suite 700
Richardson, TX 75082

THIS PAGE LEFT INTENTIONALLY BLANK

# Texas Capital Bank

Member FDIC.

1001 E. Lookout Dr., Tower A, Suite 700
Richardson, TX 75082

SILVER STAR PROPERTIES REIT INC
601 SAWYER ST STE 600
HOUSTON TX 77007-7517

## *Statement Ending 06/30/2026*

*Page 1 of 4*

### Managing Your Accounts

| | | |
|---|---|---|
| | Branch Name | Texas Capital Bank |
| | Phone Number | (877) TEX-BANK (839.2265) |
| | Mailing Address | 1001 E. Lookout Dr., Tower A, Suite 700 Richardson, Texas 75082 |
| | Online Access | www.texascapitalbank.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL ANALYSIS | XXXXXX6908 | $23,285.33 |

## COMMERCIAL ANALYSIS - XXXXXX6908

### Account Summary

| Date | Description | Amount |
|---|---|---|
| 06/01/2026 | **Beginning Balance** | **$28,490.75** |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $5,205.42 |
| 06/30/2026 | **Ending Balance** | **$23,285.33** |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 06/11/2026 | XFR XFER TO DDA 001111048672 *061126* *RF#164654016126* | $5,205.42 |
| | | 1 item(s) totaling $5,205.42 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 05/31/2026 | $28,490.75 | 06/11/2026 | $23,285.33 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |

### Service Charge Summary

| Description | Amount |
|---|---|
| ONLINE BOOK TRANSFER | $5.00 |
| MAINTENANCE FEE | $25.00 |



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT.**

Contact us as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1)   Tell us your name and account number.
    (2)   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
    (3)   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will re-credit your account for the amount you think is in error, so you will have use of the money during the time it takes us to complete our investigation.

| | CHECKS OUTSTANDING | | |
|---|---|---|---|
| | NO. | AMOUNT | |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT:**

BANK BALANCE SHOWN ON THIS STATEMENT: $ _____

ADD + (IF ANY) DEPOSITS NOT SHOWN ON THIS STATEMENT: $ _____

TOTAL: $ _____

SUBTRACT – (IF ANY) CHECKS OUTSTANDING: $_____

BALANCE: $ _____

TOTAL _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE ⟵————————⟶ SHOULD AGREE WITH YOUR STATEMENT BALANCE

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK:**

CHECKBOOK BALANCE AT STATEMENT DATE: $ _____

SUBTRACT – (IF ANY) ACTIVITY CHARGE: $ _____

SUB-TOTAL: $ _____

SUBTRACT – (IF ANY) OTHER BANK CHARGES: $ _____

BALANCE: $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us (on a separate sheet) at the address shown on your statement as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

    (1)   Your name and account number.
    (2)   The dollar amount of the suspected error.
    (3)   Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**TERMS GOVERNING ACCOUNTS**

Deposit in or presentment to the Bank of any item for a customer account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment.

All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code-Bank Deposits & Collection (of Texas), as from time to time amended or as varied by the agreements permitted by that statute, including those hereinafter set out.

Receipt from others or items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless and until it shall have issued a receipt therefor.

The account shall at all times be subject to service charges according to the practice of the Bank prevailing at the time. When the Bank deems such action proper, the Bank may require that the account be closed. The provisions hereof shall control, in the event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing this statement Terms Governing Accounts, incorporating the change. The new Terms Governing Accounts will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

Please examine this statement and enclosed items at once. Report the loss or theft of any checks issued for this account immediately. If no error is reported within 30 days, this statement will be considered correct. All items credited subject to final payment.

Member FDIC

★ **Texas Capital Bank**

Member FDIC.

1001 E. Lookout Dr., Tower A, Suite 700
Richardson, TX 75082

## COMMERCIAL ANALYSIS - XXXXXX6908 (continued)

**Service Charge Summary (continued)**

| Description | Amount |
|---|---|
| REGULATORY ASSESSMNT | $2.06 |
| Service Chg Waived | $32.06 |

★ **Texas Capital Bank**

Member FDIC.

1001 E. Lookout Dr., Tower A, Suite 700
Richardson, TX 75082

*Statement Ending 06/30/2026*

*Page 4 of 4*

THIS PAGE LEFT INTENTIONALLY BLANK